UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22124-CIV-HUCK/BANDSTRA

GREAT FLORIDA BANK,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE SECURITIES CORP.,
and BAC HOME LOANS SERVICING, LP,
(f/k/a COUNTRYWIDE HOME LOANS
SERVICING, LP),

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following the April 15, 2011 telephonic hearing in this case. During the telephonic hearing, the Court addressed whether certain documents filed by the parties in this action were appropriately filed under seal or redacted and whether it is proper for such documents to remain under seal or in redacted form. For the reasons stated in open court during the April 15, 2011 telephonic hearing, it is hereby

ORDERED that, from this point forward, there will be a presumption against sealing documents in this case. It is further

ORDERED that by **Monday, May 9, 2011,** the parties are to review the documents that are presently filed under seal or redacted in this case and file a submission advising the Court as to what documents the Clerk's Office should remove from under seal.

DONE and ORDERED in Chambers in Miami, Florida, this 18th day of April, 2011.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record