IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-cv-22124-Huck/Bandstra

Great Florida Bank,

    Plaintiff,

vs.

Countrywide Home Loans, Inc.,
Countrywide Securities Corp., and
BAC Home Loans Servicing, LP
(f/k/a Countrywide Home Loans
Servicing, LP),

    Defendants.
_____/

## ORDER ON MOTION TO STRIKE AFFIRMATIVE DEFENSES

**THIS CAUSE** having come before the Court upon the stipulation of Plaintiff Great Florida Bank and Defendants Countrywide Home Loans, Inc. and BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing, LP) as to Plaintiff's Motion to Strike Affirmative Defenses (D.E. 151), and the Court being fully apprised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the stipulation is hereby adopted and approved. Plaintiff's Motion is GRANTED without prejudice. Defendants Countrywide Home Loans, Inc. and BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing, LP) are given leave to amend their Answer by Friday, May 6, 2011.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida on this ___ day of _May_, 2011.

THE HONORABLE PAUL C. HUCK
United State District Judge

Copies furnished:
All counsel of record