IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-cv-22124-Huck/Bandstra

Great Florida Bank,

    Plaintiff,

vs.

Countrywide Home Loans, Inc.,
Countrywide Securities Corp., and
BAC Home Loans Servicing, LP
(f/k/a Countrywide Home Loans
Servicing, LP),

    Defendants.

_____/

## JOINT STATUS REPORT

In accordance with the Court's July 12, 2011 Order (D.E. 163), Great Florida Bank, Countrywide Home Loans, Inc., Countrywide Securities Corp., and BAC Home Loans Servicing, LP submit this joint status report regarding their ongoing settlement efforts. The parties have reached agreement regarding the terms of the settlement as applicable to the loans put at issue in this action, but, prior to finalizing the settlement of this action, decided to expand the scope of their agreement to involve other mortgage loans. The expansion of the parties' agreement and the complexity of the issues involved have required additional negotiations between the parties. The parties believe that they have reached agreement as to the major terms of an omnibus agreement and expect in good faith to execute an agreement on or before Tuesday, July 26, 2011. The parties will promptly notify the Court of the final entry of the settlement or any unexpected delays in the execution of the final agreement.

DATED: July 19, 2011

        Respectfully submitted,

        /s/ David M. Buckner_____
        David M. Buckner
        Florida Bar No. 60550
        Grossman Roth P.A.
        2525 Ponce de Leon Blvd.
        Suite 1150
        Coral Gables, FL 33134
        Telephone: 888.296.1681
        Facsimile: 305.285.1668
        Email: dbu@grossmanroth.com

        /s/ William E. Adams, Jr._____
        William E. Adams, Jr.
        Florida Bar No. 0467080
        Raymond V. Miller
        Florida Bar No. 328901
        Gunster Yoakley & Stewart, P.A.
        One Biscayne Tower, Suite 3400
        2 South Biscayne Boulevard
        Miami, FL 33131
        Telephone: 305.376.6000
        Facsimile: 305.376.6010
        Email:badams@gunster.com
        Email:rmiller@gunster.com