IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-cv-22124-Huck/Bandstra

Great Florida Bank,

    Plaintiff,

vs.

Countrywide Home Loans, Inc.,
Countrywide Securities Corp., and
BAC Home Loans Servicing, LP
(f/k/a Countrywide Home Loans
Servicing, LP),

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL

Following the parties' efforts as described in their Notice of Settlement (Dkt. No. 160) and their Joint Status Report (Dkt. No. 164), Great Florida Bank, Countrywide Home Loans, Inc., Countrywide Securities Corp., and BAC Home Loans Servicing, LP, jointly stipulate to the dismissal of this action with prejudice under Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with each party bearing their own fees and costs incurred, as the parties have reached a resolution of this dispute.

DATED:  August 4, 2011

                Respectfully submitted,

                /s/ David M. Buckner_____
                David M. Buckner
                Florida Bar No. 60550
                2525 Ponce de Leon Blvd.
                Suite 1150
                Coral Gables, FL  33134
                Telephone:  305.442.8666
                Facsimile:   305.285.1668
                Email:  dbu@grossmanroth.com

                /s/ William E. Adams, Jr._____
                William E. Adams, Jr.
                Florida Bar No. 0467080
                Raymond V. Miller
                Florida Bar No. 328901
                Gunster Yoakley & Stewart, P.A.
                One Biscayne Tower, Suite 3400
                2 South Biscayne Boulevard
                Miami, FL  33131
                Telephone:  305.376.6000
                Facsimile:   305.376.6010
                Email:badams@gunster.com
                Email:rmiller@gunster.com